UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

2006 OCT 20  P 3: 35

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE BUGGE, an individual; DAVID FALLAS, an individual; JAMES HOLLIS, an individual; JOSHUA HUNTER, an individual; JERRY KAHN, an individual; GABRIEL KNEE, an individual; CORI MEZZACAPPA, an individual; DENISE OCCHIOGROSSO, an individual; MICHAEL WALKER, an individual; PATRICIA WILSON, an individual; JENNIFER STORMS, an individual; MICHAEL EHRENBERG, an individual dba MICHAEL EHRENBERG REAL ESTATE VALUATION SERVICES; RICHMOND ABSTRACT OF NEW JERSEY CORP., a New Jersey corporation; RICHMOND ABSTRACT CORP., a New York corporation; and DOES 1 through 60, inclusive,<br><br>Defendant(s). | Civil Action No. 03-1315(SDW)<br><br>**ORDER**<br><br>October 20, 2006 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter having come before the Court on the Report and Recommendation of United States Magistrate Madeline C. Arleo, filed August 18, 2006; and the Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation and the other documents on file on this matter; and for good cause shown;

It is on this 20th day of October, 2006, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo, filed August 18, 2006 is hereby **ADOPTED** as the findings of fact

and conclusions of law of this Court.

**IT IS FURTHER ORDERED** that default be entered against defendants Patricia Wilson, James Hollis, Richmond Abstract Corp. of New Jersey and Gabriel Knee.

s/Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Judge Arleo
     Parties